| PROB 22<br>(Rev. 2/88) | | **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Tran. Court)*<br>0314-3:CR-90-00012-001 |
|---|---|---|---|---|
| | | | | DOCKET NUMBER *(Rec. Court)*<br>07 CRIM 572 |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br><br>Robert Fitzgerald Hill | | DISTRICT<br><br>Middle/Pennsylvania | | DIVISION<br><br>Scranton |
| | | NAME OF SENTENCING JUDGE<br><br>The Honorable Edwin M. Kosik | | |
| | | DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM<br>5/17/2007 | TO<br>5/16/2017 |

OFFENSE

Conspiracy to Distribute Cocaine and Heroin – 21 U.S.C. § 846
Conspiracy to Commit Money Laundering – 18 U.S.C. § 371

*[Stamp: JUDGE CASTEL]*
*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: JUN 26 2007]*

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **MIDDLE DISTRICT OF PENNSYLVANIA**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer/supervised releasee named above be transferred with the records of the Court to the United States District Court for the **SOUTHERN DISTRICT OF NEW YORK** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation/supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_6/14/07_  _____
Date                  United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **SOUTHERN DISTRICT OF NEW YORK**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this court from and after the entry of this order.

JUN 2 6 2007    _____
Effective Date          United States ~~District~~ Judge

Debra Freeman
United States Magistrate Judge
Southern District of New York