P50530/ M. Bravo



**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**PROBATION OFFICE**

**MEMORANDUM**

07 CRIM 572

| | |
|---|---|
| **TO:** | Jim Molinelli, Miscellaneous Clerk |
| **FROM:** | Marcela Bravo, USPO |
| **RE:** | Robert Hill |
| **DATE:** | June 22, 2007 |

### ASSIGNMENT OF TRANSFER OF JURISDICTION

On October 08, 1991, the above-named individual was sentenced in the Middle District of Pennsylvania outlined in the attached J & C.

In June 15 2007, we received the Prob. 22's endorsed by the Honorable Edwin M. Kosik, U.S. District Court Judge, ordering Mr. Hill's transfer to the SD/NY. At this time, we are requesting that this case be assigned to a Judge in the SD/NY for acceptance of transfer of jurisdiction.

Your assistance in this matter is greatly appreciated. Should you have any questions, please feel free to contact the undersigned officer at (212) 805-5137.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: *[signature]*
Marcela Bravo
U.S. Probation Officer